FILED

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Herman Alphonse Wesselman
c/o general delivery
210 North 3rd Street
Effingham, Illinois [62401]
phone 217-347-7404

vs.

UNITED STATES.

Case: 1:07-cv-00589
Assigned To : Huvelle, Ellen
Assign. Date : 3/26/2007
Description: WESSELMAN v. USA

JURY ACTION

)
)    PLAINTIFF DEMANDS A TRIAL BY
)    JURY OF ALL ISSUES SO TRIABLE
)
)
)

COMPLAINT FOR DAMAGES UNDER 26 U.S.C. SECTION 7431

Herman Alphonse Wesselman, plaintiff herein, complains of defendants and seeks

statutory and/or actual and punitive damages as follows:

I

## INTRODUCTION

1.  This is an action brought pursuant to Title 26, Section 7431 of the Internal

    Revenue Code for the recovery of statutory and/or actual and punitive damages

    caused by the intentional and/or negligent unlawful disclosure of confidential

    return information by Arlie Alexander, William J. Powers, Robert J. Kriege,

    Marilyn Ganser, C. Sherwood and other unknown agents (herein agents) of the

    Internal Revenue Service.

2.  This Court has jurisdiction for this action under Title 26, Section 7431(a)(1) of the

    Internal Revenue Code, Venue is proper in this Court under 28 U.S.C. §1391(e).

## II

## FACTS

3.  Herman Alphonse Wesselman is a native American who at all times material hereto made his camp at 906 S. Cherry Street, Effingham, Illinois and receives non-Federal non-Resident postal matter solely at:  c/o general delivery, 210 North 3rd Street, Effingham, Illinois.

4.  Plaintiff is the victim of disclosures of confidential information, unauthorized in the absence of record evidence of existing assessments. Said unauthorized disclosures are being conducted by the aforementioned agents of the Internal Revenue Service.

5.  A..  On or about November 21, 1995, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993", (a sample is affixed hereto as Exhibit D-8; identifying information to be excised), in an amount for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 150 of the Effingham County Records.

B.  On or about November 21, 1995, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded

with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993; and "9/30/1993" (a sample is affixed hereto as Exhibit D-7; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 149 of the Effingham County Records.

C. On or about November 21, 1995, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993" (a sample is affixed hereto as Exhibit D-1; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2145, Page 9 of the Effingham County Records.

D. On or about November 21, 1995, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-1452, caused to be recorded

with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01-1452, for alleged "941" taxes for "3/31/91"; "6/30/91"; "9/30/91"; "12/31/91"; "3/31/92"; "6/30/92"; "9/30/92"; "12/31/92"; "3/31/93"; "6/30/93"; "9/30/93"; and "12/31/93"; and for alleged "940" taxes for "12/31/91"; "12/31/92"; and ""12/31/93" (a sample is affixed hereto as Exhibit C-8; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C.§ 6203, on "7/10/95" (941) and "7/03/95" (940) as specified in Volume 1179, Page 30 of the Effingham County Records.

E.   On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported – unsigned – Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993" (a sample is affixed hereto as Exhibit D-6; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2145, Page 14 of

the Effingham County Records.

F.    On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993"; and "941" taxes for "6/30/1991"; "9/30/1991"; and "12/31/1991" (a sample is affixed hereto as Exhibit D-15; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/03/1995" (940) and "7/10/1995" (941) as specified in Volume 2146, Page 157 of the Effingham County Records.

G.    On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993"; and "9/30/1993" (a sample is affixed hereto as Exhibit D-16; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and

recorded in the Office of the Secretary in full compliance with 26 U.S.C. §
6203, on "7/10/1995" as specified in Volume 2146, Page 158 of the
Effingham County Records.

H.   On or about April 12, 1996, the aforementioned Arlie Alexander, claiming
the Title of Revenue Officer 37-01-2252, caused to be recorded with the
County Clerk, Effingham County, State of Illinois a purported - unsigned -
Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993" (a
sample is affixed hereto as Exhibit D-17; identifying information to be
excised), in amounts for which defendant has been unable to produce
evidence of procedurally proper, valid assessments, made in full
compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and
recorded in the Office of the Secretary in full compliance with 26 U.S.C. §
6203, on "7/10/1995" as specified in Volume 2146, Page 159 of the
Effingham County Records.

I.   On or about April 12, 1996, the aforementioned Arlie Alexander, claiming
the Title of Revenue Officer 37-01-2252, caused to be recorded with the
County Clerk, Effingham County, State of Illinois a purported - unsigned -
Notice of Federal Tax Lien for alleged "940" taxes for "12/31/1991";
"12/31/1992"; and "12/31/1993" and "941" taxes for "6/30/1991";
"9/30/1991"; and "12/31/1991" (a sample is affixed hereto as Exhibit D-21;
identifying information to be excised), in amounts for which defendant has
been unable to produce evidence of procedurally proper, valid
assessments, made in full compliance with Treasury regulation 26 C.F.R.

§ 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 163 of the Effingham County Records.

J.     On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "06/31/1993"; and "09/30/1993" (a sample is affixed hereto as Exhibit D-22; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 164 of the Effingham County Records.

K.     On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged ""941" taxes for"12/31/1993" (a sample is affixed hereto as Exhibit D-23; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and

recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 165 of the Effingham County Records.

L.    On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993" (a sample is affixed hereto as Exhibit D-5; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2145, Page 13 of the Effingham County Records.

M.    On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01- 2252, for alleged "941" taxes for "3/31/91"; "6/30/91"; "9/30/91"; "12/31/91"; "3/31/92"; "6/30/92"; "9/30/92"; "12/31/92"; "3/31/93"; "6/30/93"; "9/30/93"; and "12/31/93"; and for alleged "940" taxes for "12/31/91"; "12/31/92"; and "12/31/93" (a sample is affixed hereto as Exhibit C-10; identifying information to be excised), in amounts

for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/95" (941) AND "7/03/95" (940) as specified in Volume 1206, Page 187 of the Effingham County Records.

N.   On or about April 12, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01- 2252, for alleged "941" taxes for "3/31/91"; "6/30/91"; "9/30/91"; "12/31/91"; "3/31/92"; "6/30/92"; "9/30/92"; "12/31/92"; "3/31/93"; "6/30/93"; "9/30/93"; and "12/31/93"; and for alleged "940" taxes for "12/31/91"; "12/31/92"; and ""12/31/93" (a sample is affixed hereto as Exhibit C-9; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/95" (941) and "7/03/95" (940) as specified in Volume 1206, Page 190 of the Effingham County Records.

O.   On or about April 29, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the

County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01- 2252, for alleged "1040" taxes for "12/31/91"; "12/31/92"; and ""12/31/93" (a sample is affixed hereto as Exhibit C-13; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "03/08/96" as specified in Volume 1209, Page 234 of the Effingham County Records.

P.    On or about April 29, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01- 2252, for alleged "1040" taxes for "12/31/91"; "12/31/92"; and ""12/31/93" (a sample is affixed hereto as Exhibit C-12; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "03/08/96" as specified in Volume 1209, Page 236 of the Effingham County Records.

Q.    On or about April 29, 1996, the aforementioned Arlie Alexander, claiming

the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01- 2252, for alleged "1040" taxes for "12/31/91"; "12/31/92"; and ""12/31/93" (a sample is affixed hereto as Exhibit C-11; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "03/08/96" as specified in Volume 1209, Page 233 of the Effingham County Records.

R.     On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "940" and "941" taxes for "12/31/1991" (940); "12/31/1992" (940); "12/31/1993" (940); "6/30/1991" (941); "9/30/1991" (941), and "12/31/1991" (941), (a sample is affixed hereto as Exhibit D-9; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 151 of the Effingham County Records.

S.   On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993"; and "9/30/1993; (a sample is affixed hereto as Exhibit D-10; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 152 of the Effingham County Records.

T.   On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993"; (a sample is affixed hereto as Exhibit D-11; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 152 of the Effingham County Records.

U.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "940" and "941" taxes for "12/31/1991" (940); "12/31/1992" (940); "12/31/1993" (940); "6/30/1991" (941); "9/30/1991" (941), and "12/31/1991" (941), (a sample is affixed hereto as Exhibit D-12; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 154 of the Effingham County Records.

V.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993"; and "9/30/1993; (a sample is affixed hereto as Exhibit D-13; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 155 of

the Effingham County Records.

W.   On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993; (a sample is affixed hereto as Exhibit D-14; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 156 of the Effingham County Records.

X.   On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993" (a sample is affixed hereto as Exhibit D-4; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2145, Page 12 of the Effingham County Records.

Y.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993" (a sample is affixed hereto as Exhibit D-3; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2145, Page 11 of the Effingham County Records.

AA.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993" (a sample is affixed hereto as Exhibit D-2; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2145, Page 10 of the Effingham County Records.

AB.    On or about August 13, 1996, the aforementioned Arlie Alexander,

claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993" and "941" taxes for "6/30/1991"; "9/30/1991"; and "12/31/1991" (a sample is affixed hereto as Exhibit D-18; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 160 of the Effingham County Records.

AC.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993" and "9/30/1993" (a sample is affixed hereto as Exhibit D-19; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 161 of the Effingham County Records.

AD.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported - unsigned - Notice of Federal Tax Lien for alleged "941" taxes for 12/31/1993" (a sample is affixed hereto as Exhibit D-20; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 162 of the Effingham County Records.

AE.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01-2252, for alleged "941" taxes for "3/31/91"; "6/30/91"; "9/30/91"; "12/31/91"; "3/31/92"; "6/30/92"; "9/30/92"; "12/31/92"; "3/31/93"; "6/30/1993"; "9/30/93"; and "12/31/93"; and for alleged "940" taxes for "12/31/91"; "12/31/92"; and ""12/31/93" (a sample is affixed hereto as Exhibit C-16; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of

the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 1232, Page 272 of the Effingham County Records.

AF.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01-2252, for alleged "941" taxes for "3/31/91"; "6/30/91"; "9/30/91"; "12/31/91"; "3/31/92"; "6/30/92"; "9/30/92"; "12/31/92"; "3/31/93"; "6/30/93"; "9/30/93"; and "12/31/93"; and for alleged "940" taxes for "12/31/91; "12/31/92"; and "12/31/93" (a sample is affixed hereto as Exhibit C-15; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/95" as specified in Volume 1232, Page 273 of the Effingham County Records.

AG.    On or about August 13, 1996, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 37-01-2252, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" Robert S. Kriege, "for" Arlie Alexander, Revenue Officer 37-01-2252, for alleged "941" taxes for "3/31/91"; "6/30/91"; "9/30/91"; "12/31/91"; "3/31/92"; "6/30/92"; "9/30/92"; "12/31/92"; "3/31/93"; "6/30/93"; "9/30/93"; and "12/31/93"; and for alleged

"940" taxes for "12/31/91"; "12/31/92"; and ""12/31/93" (a sample is affixed hereto as Exhibit C-14; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/95" as specified in Volume 1272, Page 274 of the County Records.

AH.    On or about June 27, 2001, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 36-01-2452, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported "FACSIMILE Federal Tax Lien Document", for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and ""12/31/1993" and for alleged "941" taxes for "3/31/1991"; "6/30/1991"; "9/30/1991"; "12/31/1991"; "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "3/31/1993"; "6/30/1993"; "9/30/1993"; and "12/31/1993";(a sample is affixed hereto as Exhibit C-6; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 1642, Page 337 of the Effingham County Records.

AI.    On or about June 27, 2001, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 36-01-2452, caused to be recorded with the

County Clerk, Effingham County, State of Illinois a purported "FACSIMILE Federal Tax Lien Document", for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and ""12/31/1993" and for alleged "941" taxes for "3/31/1991"; "6/30/1991"; "9/30/1991"; "12/31/1991"; "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "3/31/1993"; "6/30/1993"; "9/30/1993"; and "12/31/1993";(a sample is affixed hereto as Exhibit C-5; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 1642, Page 339 of the Effingham County Records.

AJ.    On or about June 27, 2001, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 36-01-2452, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported "FACSIMILE Federal Tax Lien Document", for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and ""12/31/1993" and for alleged "941" taxes for "3/31/1991"; "6/30/1991"; "9/30/1991"; "12/31/1991"; "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "3/31/1993"; "6/30/1993"; "9/30/1993"; and "12/31/1993";(a sample is affixed hereto as Exhibit C-4; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R.

§ 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 1642, Page 341 of the Effingham County Records.

AK.    On or about June 27, 2001, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 36-01-2452, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported "FACSIMILE Federal Tax Lien Document", for alleged "1040" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993", (a sample is affixed hereto as Exhibit C-3; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "3/08/1996" as specified in Volume 1642, Page 343 of the Effingham County Records.

AL.    On or about June 27, 2001, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 36-01-2452, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported "FACSIMILE Federal Tax Lien Document", for alleged "1040" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993", (a sample is affixed hereto as Exhibit C-2; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full

compliance with 26 U.S.C. § 6203, on "3/08/1996" as specified in Volume 1642, Page 345 of the Effingham County Records.

AM.   On or about June 27, 2001, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 36-01-2452, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported "FACSIMILE Federal Tax Lien Document", for alleged "1040" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993", (a sample is affixed hereto as Exhibit C-1; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "3/08/1996" as specified in Volume 1642, Page 347 of the Effingham County Records.

AN.   On or about March 13, 2002, the aforementioned Arlie Alexander, claiming the Title of Revenue Officer 27-07-2452, caused to be recorded with the County Clerk, Effingham County, State of Illinois a purported Notice of Federal Tax Lien, "signed" William S. Powers, "for" Arlie Alexander, Revenue Officer 27-07-2452, for alleged "1040" taxes for "12/31/1994"; "12/31/1995"; "12/31/1996"; and ""12/31/1997" (a sample is affixed hereto as Exhibit C-7; identifying information to be excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full

compliance with 26 U.S.C. § 6203, on "8/23/'1999" as specified in Volume 1735, Page 63 of the Effingham County Records.

6.   A.   On or about July 11, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the - previously unsigned - Notice of Federal Tax Lien for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and ""12/31/1993" and for alleged "941" taxes for "3/31/1991"; "6/30/1991"; and "9/30/1991"; "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-24; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 166 of the Effingham County Records.

   B.   On or about July 11, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "940" and "941" taxes for "12/31/1991" (940); "12/31/1992" (940); "12/31/1993" (940); "6/30/1991" (941); "9/30/91" (941), and "12/31/1991" (941), "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-9; identifying information excised), in amounts for

which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 151 of the Effingham County Records.

C.   On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-8; identifying information excised), in an amount for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 150 of the Effingham County Records.

D.   On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993; and "9/30/1993", "signed" C. Sherwood, "for" Marilyn Ganser,

(SEE: sample affixed hereto as Exhibit D-7; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 149 of the Effingham County Records.

E.      On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993"; and "9/30/1993, "signed" C. Sherwood, "for" Marilyn Ganser; (SEE: sample affixed hereto as Exhibit D-11; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 152 of the Effingham County Records.

F.      On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged

"941" taxes for 3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992";
"6/30/1993"; and "9/30/1993; "signed" C. Sherwood, "for" Marilyn Ganser;
(SEE: sample affixed hereto as Exhibit D-10; identifying information
excised), in amounts for which defendant has been unable to produce
evidence of procedurally proper, valid assessments, made in full
compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and
recorded in the Office of the Secretary in full compliance with 26 U.S.C. §
6203, on "8/21/1995" as specified in Volume 2146, Page 153 of the
Effingham County Records.

G.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming
the Title of SPF Advisor, with no employee number, caused to be re-
recorded with the County Clerk, Effingham County, State of Illinois the
purported - previously unsigned - Notice of Federal Tax Lien for alleged
"940" and "941" taxes for "12/31/1991" (940); "12/31/1992" (940);
"12/31/1993" (940); "6/30/1991" (941); "9/30/1991" (941), and
"12/31/1991" (941), "signed" C. Sherwood, "for" Marilyn Ganser; (SEE:
sample affixed hereto as Exhibit D-12; identifying information excised), in
amounts for which defendant has been unable to produce evidence of
procedurally proper, valid assessments, made in full compliance with
Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of
the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as
specified in Volume 2146, Page 154 of the Effingham County Records.

H.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming

the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993"; and "9/30/1993, "signed" C. Sherwood, "for" Marilyn Ganser; (SEE: sample affixed hereto as Exhibit D-13; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 155 of the Effingham County Records.

I.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993, "signed" C. Sherwood, "for" Marilyn Ganser; (SEE: sample affixed hereto as Exhibit D-14; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 156 of the

Effingham County Records.

J.     On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming
       the Title of SPF Advisor, with no employee number, caused to be re-
       recorded with the County Clerk, Effingham County, State of Illinois the
       purported - previously unsigned - Notice of Federal Tax Lien for alleged
       "940" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993"; and "941"
       taxes for "6/30/1991"; "9/30/1991"; and "12/31/1991", "signed" C.
       Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-
       15; identifying information excised), in amounts for which defendant has
       been unable to produce evidence of procedurally proper, valid
       assessments, made in full compliance with Treasury regulation 26 C.F.R.
       § 301.6203-1, and recorded in the Office of the Secretary in full
       compliance with 26 U.S.C. § 6203, on "7/03/1995" (940) and "7/10/1995"
       (941) as specified in Volume 2146, Page 157 of the Effingham County
       Records.

K.     On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming
       the Title of SPF Advisor, with no employee number, caused to be re-
       recorded with the County Clerk, Effingham County, State of Illinois the
       purported - previously unsigned - Notice of Federal Tax Lien for alleged
       "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992";
       "6/30/1993"; and "9/30/1993", "signed" C. Sherwood, "for" Marilyn Ganser;
       (SEE sample affixed hereto as Exhibit D-16; identifying information
       excised), in amounts for which defendant has been unable to produce

evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 158 of the Effingham County Records.

L.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "12/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-17; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 159 of the Effingham County Records.

M.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993" and "941" taxes for "6/30/1991"; "9/30/1991"; and "12/31/1991", "signed" C.

Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-18; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 160 of the Effingham County Records.

N.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois a purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "6/30/1993" and "9/30/1993", "signed" C. Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-19; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 161 of the Effingham County Records.

O.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the

purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for 12/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-20; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 162 of the Effingham County Records.

P.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "940" taxes for "12/31/1991"; "12/31/1992"; and "12/31/1993" and "941" taxes for "6/30/1991"; "9/30/1991"; and "12/31/1991", "signed" C. Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-21; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2146, Page 163 of the Effingham County Records.

Q.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming

the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1992"; "6/30/1992"; "9/30/1992"; "12/31/1992"; "06/31/1993"; and "09/30/1993", "signed" C. Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-22; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 164 of the Effingham County Records.

R.    On or about July 6, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged ""941" taxes for"12/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser; (SEE sample affixed hereto as Exhibit D-23; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2146, Page 165 of the

Effingham County Records.

S.    On or about June 29, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-6; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2145, Page 14 of the Effingham County Records.

T.    On or about June 29, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-5; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. §

6203, on "8/21/1995" as specified in Volume 2145, Page 13 of the Effingham County Records.

U.      On or about June 29, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-4; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2145, Page 12 of the Effingham County Records.

V.      On or about June 29, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-3; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and

recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2145, Page 11 of the Effingham County Records.

W.    On or about June 29, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-2; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "8/21/1995" as specified in Volume 2145, Page 10 of the Effingham County Records.

X.    On or about June 29, 2005, the aforementioned Marilyn Ganser, claiming the Title of SPF Advisor, with no employee number, caused to be re-recorded with the County Clerk, Effingham County, State of Illinois the purported - previously unsigned - Notice of Federal Tax Lien for alleged "941" taxes for "3/31/1991"; and "3/31/1993", "signed" C. Sherwood, "for" Marilyn Ganser, (SEE: sample affixed hereto as Exhibit D-1; identifying information excised), in amounts for which defendant has been unable to produce evidence of procedurally proper, valid assessments, made in full

compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, on "7/10/1995" as specified in Volume 2145, Page 9 of the Effingham County Records.

7.    In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, each instrument identified in ¶¶ 5, and 6, above, entered into the public record, contains multiple wrongful disclosures of "return information" as defined in law. SEE: ¶ 16, below.

8.    The wrongful disclosures of plaintiffs' return information has caused plaintiff substantial mental and emotional distress.

9.    The wrongful disclosures of plaintiffs' return information has subjected plaintiff to the real possibility of identity theft.

10.    In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, it was neither necessary, nor lawful, for the aforementioned agents to place on the purported Notices, return information which subject plaintiff to the possibility of identity theft.

11.    In the absence of procedurally proper, valid assessments, made in full compliance with Treasury regulation 26 C.F.R. § 301.6203-1, and recorded in the Office of the Secretary in full compliance with 26 U.S.C. § 6203, agents disclosures were not in good faith or there existed no good faith in disclosure of confidential return information.

12.   A reasonable Internal Revenue Agent can be expected to know the statutory provisions governing disclosure, as interpreted and reflected in the IRS regulations and manuals. An agent's contrary interpretation is not in good faith.

13.   Agents did not follow the dictates of section 6103 or the applicable IRS manual provisions prior to recording the purported notices.

14.   On information and belief, the agents involved in this case have all received extensive "disclosure" training which is designed to preserve the integrity of the confidentiality provisions of the federal tax laws which are codifications and extensions of the basic Forth Amendment right to privacy.

### III

### LEGAL AUTHORITY

15.   Section 7431 of the internal revenue code provides taxpayers with a cause of action for statutory and/or actual and punitive damages against the United States in the event an officer of employee thereof makes any unlawful disclosure of "return information" in violation of Section 6103 of the Internal Revenue Code.

16.   "Return Information" is required by Section 6103 to remain confidential and not be disclosed except as provided in Section 6103. There is no provision in Section 6103 providing for the disclosure of the return information contained in the aforementioned liens "Return Information" is broadly defined in Section 6103(b)(2) as follows:

a            taxpayer's identity, the nature, source. or amount of his income, payments, receipts, deductions, exemptions, credits, assets, liabilities, net worth, tax liability, tax withheld, deficiencies, overassessment, or tax payments, whether the taxpayer's return was, is being, or will be examined or subject to investigation or processing, or any other data,

> received by, recorded by, prepared by, furnished to, or collected by the Secretary with respect to a return or with respect to the determination of the existence, or possible existence, of liability (or the amount thereof) of any person under this title for any tax, penalty, interest, fine, forfeiture, or other imposition or offense ...

17. "Taxpayer identity" is broadly defined in Section 6103(b)(6) as follows:

> The term "taxpayer identity" means the name of a person with respect to whom a return is filed, his mailing address, his taxpayer identifying number (as described in section 6109), or a combination thereof.

18. The disclosures described above are intentional, negligent, and/or grossly negligent disclosures of "return information" in violation of Section 6103 and for which plaintiff is entitled to statutory and/or actual and punitive damages under Section 7431.

## IV

## DAMAGES

19. Internal Revenue Code section 7431 authorizes damages:

> ... in an amount equal to the sum of—
> (1)   the greater of—
>     (A) $1,000 for each act of unauthorized inspection or disclosure of a return or return information with respect to which such defendant is found liable, or
>     (B) the sum of—
>         (i)   the actual damages sustained by the plaintiff as a result of such unauthorized inspection or disclosure, plus
>         (ii)  in the case of a willful inspection or disclosure or an inspection or disclosure which is the result of gross negligence, punitive damages, plus
> (2)   the costs of the action, plus
> (3)   in the case of a plaintiff which is described in section 7430 (c)(4)(A)(ii), reasonable attorneys fees, except that if the defendant is the United States, reasonable attorneys fees may be awarded only if the plaintiff is the prevailing party (as determined under section 7430 (c)(4)).

20. The reprehensible and vexatious conduct of and the illegal disclosures made by

the aforementioned agents and the other agents involved herein has caused plaintiff substantial personal embarrassment, loss of good will, loss in credit, the extent of which at this time cannot be completely and accurately ascertained but which will be more fully known after the completion of discovery. At a minimum, defendant is statutorily liable for 1,000.00 for each unauthorized disclosure by Arlie Alexander .

21.    The intentionally and/or grossly negligent unlawful disclosures by Arlie Alexander and the other agents involved herein entitles plaintiff to punitive damages the extent of which at this time cannot be accurately ascertained but which will be more fully known after the completion of discovery.

22.    Based on the unlawful disclosures plaintiff contends that he is entitled to the costs of the action pursuant to Section 7431(c)(2) and (3).

**WHEREFORE**, plaintiff requests after trial of this case that judgment be entered in his favor against the United States for actual and punitive damages, the costs of this action, expungement of the aforementioned notices and such other and further relief to which plaintiff is entitled.   Dated ___ March , 2007.

Exhibits incorporated herein by reference:
A & B - not used
C1 to C16 - Notices of Lien
D1 to D32 - Notices of Lien

Herman Alphonse Wesselman

<u>Jurat</u>

Sworn to and subscribed before me, a Notary Public in the State of Illinois , this 23rd day of March, 2007.

_____
Notary Public

My Commission expires: _____

OFFICIAL SEAL
VICKI CRIPPS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-22-2009

07-589
F   ESH

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Herman Alphonse Wesselman

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

United States

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN ~~~ CASES, USE THE LOCATION OF THE
TRACT ~~~

ATTOR

Case: 1:07-cv-00589
Assigned To : Huvelle, Ellen S
Assign. Date : 3/26/2007
Description: WESSELMAN v. USA

JURY ACTION

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CAS~~**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☒ 890 Other Statutory Actions (If not administrative agency review or Privacy Act

| □ **G.** *Habeas Corpus/ 2255* | □ **H.** *Employment Discrimination* | □ **I.** *FOIA/PRIVACY ACT* | □ **J.** *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence. | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K.** *Labor/ERISA (non-employment)* | □ **L.** *Other Civil Rights (non-employment)* | □ **M.** *Contract* | □ **N.** *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

□1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ 6 Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

26 USC 7431 Civil Damages for unauthorized disclosures of taxpayer information

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** ☒ YES    □ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES    ☒ NO    If yes, please complete related case form.

**DATE** 3/24/07    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C.; and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



U.S. DISTRICT COURT
NANCY MAYER WHITTINGTON, CLERK
MAR 2 6 2007
RECEIVED

58978  201369-2                                    **COURT RECORDING DATA**

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number:<br>UCC Number         :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (312) 566-2855 | IRS Serial Number: 360178950 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  STEWARD OF THE LORD TRUST AS, Nominee of
  HERMAN WESSELMAN

Residence :
  906 S. CHERRY
  EFFINGHAM, IL 62401

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | 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 | 03/08/1996 | 04/07/2006 | 136707.68 |
| 1040 | 12/31/1992 | 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 | 03/08/1996 | 04/07/2006 | 79456.72 |
| 1040 | 12/31/1993 | 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 | 03/08/1996 | 04/07/2006 | 125989.22 |

| Filed at:  County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total | $ | 342153.62 |
|---|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of June, 2001.

| Authorizing Official:<br>  A. ALEXANDER<br>  (217) 429-9763 | Title:<br>Revenue Officer | 36-01-2452 |
|---|---|---|

VOL 1612 PAGE 347

# EXHIBIT C 1

| 58978 | 2013691 | | COURT RECORDING DATA |
|---|---|---|---|

```
        INTERNAL REVENUE SERVICE          | Recording Number:
FACSIMILE FEDERAL TAX LIEN DOCUMENT       | UCC Number      :
                                          | Liber           :
                                          | Page            :
```

| Area: SMALL BUSINESS/SELF EMPLOYED #7 | IRS Serial Number: 360178952 |
|---|---|
| Lien Unit Phone: (312) 566-2855 | |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  SALVATION ROCK TRUST AS, Nominee of
  HERMAN WESSELMAN

Residence :
  906 S. CHERRY
  EFFINGHAM, IL 62401

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | 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 | 03/08/1996 | 04/07/2006 | 136707.68 |
| 1040 | 12/31/1992 | 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 | 03/08/1996 | 04/07/2006 | 79456.72 |
| 1040 | 12/31/1993 | 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 | 03/08/1996 | 04/07/2006 | 125989.22 |

| Filed at: | County Clerk and Recorder | | |
|---|---|---|---|
| | Effingham County | Total | $ 342153.62 |
| | Effingham, IL 62401 | | |

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of June, 2001.

| Authorizing Official: | Title: | |
|---|---|---|
| A. ALEXANDER | Revenue Officer | |
| (217) 429-9763 | | 36-01-2452 |

VOL 1612 PAGE 345

EXHIBIT C 2

58978    *2013690*

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number:<br>UCC Number    :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (312) 566-2855 | IRS Serial Number: 360178954 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
BOUNTEOUS HARVEST TRUST AS, Nominee of
HERMAN WESSELMAN

Residence :
906 S. CHERRY
EFFINGHAM, IL 62401

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1991 | 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 | 03/08/1996 | 04/07/2006 | 136707.68 |
| 1040 | 12/31/1992 | 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 | 03/08/1996 | 04/07/2006 | 79456.72 |
| 1040 | 12/31/1993 | 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 | 03/08/1996 | 04/07/2006 | 125989.22 |

| Filed at:    County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total | $ | 342153.62 |
|---|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of June, 2001.

| Authorizing Official:<br>A. ALEXANDER<br>(217) 429-9763 | Title:<br>Revenue Officer | 36-01-2452 |
|---|---|---|

vol 1612 page 343

# EXHIBIT C 3

58978    *2013689*

COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number:<br>UCC Number    :<br>Liber<br>Page |
|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (312) 566-2855 | IRS Serial Number: 360178955 |
|---|---|

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
    STEWARD OF THE LORD TRUST AS, Nominee of
    HERMAN WESSELMAN
    D/B/A WESSELMAN ROOFING

Residence :
    906 S CHERRY
    EFFINGHAM, IL 62401

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 8761.27 |
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 27341.35 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 25345.93 |
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12726.97 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 1487.09 |
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12037.84 |
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 11830.44 |

Filed at:    County Clerk and Recorder
            Effingham County            Total    $    232001.33
            Effingham, IL 62401

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of June, 2001.

| Authorizing Official:<br>A. ALEXANDER<br>(217) 429-9763 | Title:<br>Revenue Officer | 36-01-2452 |
|---|---|---|

VOL 1612 PAGE 341

EXHIBIT C 4

58978  *2013688*

| **COURT RECORDING DATA** |
| --- |

| **INTERNAL REVENUE SERVICE**<br>**FACSIMILE FEDERAL TAX LIEN DOCUMENT** | Recording Number:<br>UCC Number     :<br>Liber          :<br>Page           : |
| --- | --- |

| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (312) 566-2855 | IRS Serial Number: 360178957 |
| --- | --- |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1

Name of Taxpayer :
  SALVATION ROCK TRUST AS, Nominee of
    HERMAN WESSELMAN
    D/B/A WESSELMAN ROOFING

Residence :
  906 S CHERRY
  EFFINGHAM, IL 62401

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
| --- | --- | --- | --- | --- | --- |
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 8761.27 |
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 27341.35 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 25345.93 |
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12726.97 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 1487.09 |
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12037.84 |
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 11830.44 |

| Filed at: | County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total | $ | 232001.33 |
| --- | --- | --- | --- | --- |

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of June, 2001.

| Authorizing Official:<br>A. ALEXANDER<br>(217) 429-9763 | Title:<br>Revenue Officer | 36-01-2452 |
| --- | --- | --- |

VOL 1612 PAGE 339

EXHIBIT C 5

5

58978  *2013682*                                    **COURT RECORDING DATA**

| INTERNAL REVENUE SERVICE FACSIMILE FEDERAL TAX LIEN DOCUMENT | Recording Number:<br>UCC Number    :<br>Liber            :<br>Page            : |
| --- | --- |

| Area: SMALL BUSINESS/SELF EMPLOYED #7<br>Lien Unit Phone: (312) 566-2855 | IRS Serial Number: 360178958 |
| --- | --- |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer :
  BOUNTEOUS HARVEST TRUST AS, Nominee of
    HERMAN WESSELMAN
    D/B/A WESSELMAN ROOFING

Residence :
  906 S CHERRY
  EFFINGHAM, IL 62401

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
| --- | --- | --- | --- | --- | --- |
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 8761.27 |
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 27341.35 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | 09/20/2005 | 25345.93 |
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12726.97 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 1487.09 |
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 12037.84 |
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | 09/20/2005 | 11830.44 |

| Filed at:   County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total | $ | 232001.33 |
| --- | --- | --- | --- |

This notice was prepared and executed at CHICAGO, IL
on this, the 27th day of June, 2001.

| Authorizing Official:<br>A. ALEXANDER<br>(217) 429-9763  *R. Alexander* | Title:<br>Revenue Officer | 36-01-2452 |
| --- | --- | --- |

VOL **1642** PAGE **337**

EXHIBIT C 6

| Form 668 (Y)(c)<br>(Rev. October 2000) | 105 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|---|

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br>360292006 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HERMAN WESSELMAN

q2022014     03/20/2002 08:48A     B: 1735 P: 63
Robert Behrman, Effingham County Clerk

Residence          906 S CHERRY
EFFINGHAM, IL 62401-1901

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/1994 | 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 | 08/23/1999 | 09/22/2009 | 110122.94 |
| 1040 | 12/31/1995 | 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 | 08/23/1999 | 09/22/2009 | 12893.00 |
| 1040 | 12/31/1996 | 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 | 08/23/1999 | 09/22/2009 | 12773.05 |
| 1040 | 12/31/1997 | 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 | 08/23/1999 | 09/22/2009 | 4306.47 |

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total | $ | 140095.46 |
|---|---|---|---|---|

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ___13th___ day of ___March___, ___2002___.

# EXHIBIT C 7

| Signature *William J. Power*<br>for ARLIE ALEXANDER | Title<br>REVENUE OFFICER<br>(217) 429-9763 | 27-07-2452 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg to 2 +6

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 10-00)
CAT. NO 60025X

| Form 668 (Y) (c)<br>(Rev. October 1993) | 628 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | For Optional Use by Recording Office |
|---|---|---|---|

| District | Serial Number | |
|---|---|---|
| Springfield, IL | 379504153 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

STATE OF ILLINOIS, EFFINGHAM COUNTY } SS *93441*

THIS INSTRUMENT WAS FILED FOR RECORD IN THE AFORESAID RECORDERS OFFICE ON 5 DAY OF *DEC* A.D. 19 *85* AT *9:35 AM.* AND RECORDED IN BOOK *1179* ON PAGE *30*

*Robert Rehmann* RECORDER

**Name of Taxpayer** HERMAN WESSELMAN<br>WESSELMAN ROOFING

**Residence** 906 S CHERRY<br>EFFINGHAM, IL 62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ended<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/91 | 37-1340230 | 07/10/95 | 08/09/05 | 27287.35 |
| 941 | 06/30/91 | 37-1340230 | 07/10/95 | 08/09/05 | 26616.41 |
| 941 | 09/30/91 | 37-1340230 | 07/10/95 | 08/09/05 | 25962.15 |
| 941 | 12/31/91 | 37-1340230 | 07/10/95 | 08/09/05 | 25343.93 |
| 941 | 03/31/92 | 37-1340230 | 07/10/95 | 08/09/05 | 13462.74 |
| 941 | 06/30/92 | 37-1340230 | 07/10/95 | 08/09/05 | 13198.29 |
| 941 | 09/30/92 | 37-1340230 | 07/10/95 | 08/09/05 | 12949.91 |
| 941 | 12/31/92 | 37-1340230 | 07/10/95 | 08/09/05 | 12726.97 |
| 941 | 03/31/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12463.80 |
| 941 | 06/30/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12248.95 |
| 941 | 09/30/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12037.84 |
| 941 | 12/31/93 | 37-1340230 | 07/10/95 | 08/09/05 | 11830.44 |
| 940 | 12/31/91 | 37-1340230 | 07/03/95 | 08/02/05 | 18639.04 |
| 940 | 12/31/92 | 37-1340230 | 07/03/95 | 08/02/05 | 9392.95 |
| 940 | 12/31/93 | 37-1340230 | 07/03/95 | 08/02/05 | 8761.27 |

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total $ | 242924.04 |
|---|---|---|---|

This notice was prepared and signed at _Springfield, IL_ , on this,

the _21st_ day of _November_ , 19 _95_.

| Signature *Robert S. Krige*<br>for Arlie Alexander | Title | Revenue Officer<br>37-01-1452 |
|---|---|---|

BK *1179* PAGE *30*

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

*Chg Co 5x3*

Part 1 - Kept By Recording Office    Form 668 (Y) (c) (Rev. 10/93)

# EXHIBIT C 8

orm-668 (Y) (c)    628
ev. October 1993)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

| rstrict | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Illinois | 379601449 | STATE OF ILLINOIS } SS 96-2081 / EFFINGHAM COUNTY THIS INSTRUMENT WAS FILED FOR REC'D 23 DAY OF APRIL A.D. 1996 AT 8:25 A.M. AND RECORDED IN BOOK 1206 ON PAGE 190 RECORL.. |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

ame of Taxpayer  THE J.A.W. HOMESTEAD TRUST AS NOMIN EE OF HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING
~~Nominee of~~

esidence    906 S CHERRY
EFFINGHAM, IL  62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/91 | 37-1340230 | 07/10/95 | 08/09/05 | 27305.35 |
| 941 | 06/30/91 | 37-1340230 | 07/10/95 | 08/09/05 | 26616.41 |
| 941 | 09/30/91 | 37-1340230 | 07/10/95 | 08/09/05 | 25962.15 |
| 941 | 12/31/91 | 37-1340230 | 07/10/95 | 08/09/05 | 25345.95 |
| 941 | 03/31/92 | 37-1340230 | 07/10/95 | 08/09/05 | 13462.74 |
| 941 | 06/30/92 | 37-1340230 | 07/10/95 | 08/09/05 | 13198.29 |
| 941 | 09/30/92 | 37-1340230 | 07/10/95 | 08/09/05 | 12949.91 |
| 941 | 12/31/92 | 37-1340230 | 07/10/95 | 08/09/05 | 12726.97 |
| 941 | 03/31/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12463.80 |
| 941 | 06/30/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12248.95 |
| 941 | 09/30/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12037.84 |
| 941 | 12/31/93 | 37-1340230 | 07/10/95 | 08/09/05 | 11830.44 |
| 940 | 12/31/91 | 37-1340230 | 07/03/95 | 08/02/05 | 18639.04 |
| 940 | 12/31/92 | 37-1340230 | 07/03/95 | 08/02/05 | 9392.95 |
| 940 | 12/31/93 | 37-1340230 | 07/03/95 | 08/02/05 | 8761.27 |

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL  62401 | Total $ | 242942.04 |
|---|---|---|---|

This notice was prepared and signed at  Springfield, IL  , on this,

the  12th  day of  April  , 19  96  .    VOL 1206 PAGE 190

| Signature  *Robert S. Kriege*  for Willie Alexander | Title | Revenue Officer 37-01-2252 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 3 C.B. 409)    Part 1 - Kept By Recording Office    Form 668 (Y) (c) (Rev. 10/93)

# EXHIBIT C 9

| Form 668 (Y) (c) (Rev. October 1993) | 628 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Illinois | S79601450 | STATE OF ILLINOIS EFFINGHAM COUNTY } SS 962080 THIS INSTRUMENT WAS FILED FOR RECORD IN THE AFORESAID RECORDERS OFFICE ON 23 DAY OF APRIL A.D. 1996 AT 8:27 A.M. AND RECORDED IN BOOK 12.6 ON PAGE 187 of _____ RECORDER |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST N3194 AS NOM INEE OF HERMAN WESSELMAN D/B/A WESSELMAN ROOFING
                  Nominee of

Residence   906 S CHERRY
            EFFINGHAM, IL  62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/91 | 37-1340230 | 07/10/95 | 08/09/05 | 27305.35 |
| 941 | 06/30/91 | 37-1340230 | 07/10/95 | 08/09/05 | 26616.41 |
| 941 | 09/30/91 | 37-1340230 | 07/10/95 | 08/09/05 | 25962.15 |
| 941 | 12/31/91 | 37-1340230 | 07/10/95 | 08/09/05 | 25345.93 |
| 941 | 03/31/92 | 37-1340230 | 07/10/95 | 08/09/05 | 13462.74 |
| 941 | 06/30/92 | 37-1340230 | 07/10/95 | 08/09/05 | 13198.29 |
| 941 | 09/30/92 | 37-1340230 | 07/10/95 | 08/09/05 | 12949.91 |
| 941 | 12/31/92 | 37-1340230 | 07/10/95 | 08/09/05 | 12726.97 |
| 941 | 03/31/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12463.80 |
| 941 | 06/30/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12248.95 |
| 941 | 09/30/93 | 37-1340230 | 07/10/95 | 08/09/05 | 12037.84 |
| 941 | 12/31/93 | 37-1340230 | 07/10/95 | 08/09/05 | 11830.44 |
| 940 | 12/31/91 | 37-1340230 | 07/03/95 | 08/02/05 | 18639.04 |
| 940 | 12/31/92 | 37-1340230 | 07/03/95 | 08/02/05 | 9392.95 |
| 940 | 12/31/93 | 37-1340230 | 07/03/95 | 08/02/05 | 8761.27 |

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total $ | 242942.04 |
|---|---|---|---|

This notice was prepared and signed at   Springfield, IL   , on this,

the  12th  day of  April , 19  96 .   VOL 1206 PAGE 187

Signature  Robert S. Krieger        Title   Revenue Officer
           for Arlie Alexander              37-01-2232

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office        Form 668 (Y) (c) (Rev. 10/93)

EXHIBIT C 10

| Form 668 (Y) (c)<br>(Rev. October 1993) | 628 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | For Optional Use by Recording Office |
|---|---|---|---|---|
| **District**<br>Illinois | | **Serial Number**<br>379601640 | | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**   HERMAN WESSELMAN

**Residence**   906 S. CHERRY
EFFINGHAM, IL  62401

STATE OF ILLINOIS } ss 962390
EFFINGHAM COUNTY }

THIS INSTRUMENT WAS FILED FOR RECORD IN THE AFORESAID RECORDERS OFFICE ON 7 DAY OF MAY A.D. 19 96 AT 8:55 A.M. AND RECORDED IN BOOK 1209 ON PAGE 233
Robert L. Lehman RECORDER

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ended<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/91 | 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 | 03/08/96 | 04/07/06 | 136707.68 |
| 1040 | 12/31/92 | 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 | 03/08/96 | 04/07/06 | 79456.72 |
| 1040 | 12/31/93 | 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 | 03/08/96 | 04/07/06 | 125989.22 |

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL  62401 | Total $ | 342153.62 |
|---|---|---|---|

This notice was prepared and signed at   Springfield, IL   , on this,

the  29th  day of  April  , 19  96 .   VOL 1209 PAGE 233

| Signature   *Robert S. Krieger*<br>for Arlie Alexander | Title   Revenue Officer<br>37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg to 5+3                    Part 1 - Kept By Recording Office              Form 668 (Y) (c) (Rev. 10/93)

# EXHIBIT C 11

| Form 668 (Y) (c) 628<br>(Rev. October 1993) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| **District**<br>Illinois | **Serial Number**<br>379601641 | **For Optional Use by Recording Office** | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** THE NEW REPUBLIC TRUST #3194 AS NOMINEE
HERMAN WESSELMAN

**Residence** Nominee of
906 S. CHERRY
EFFINGHAM, IL 62401

STATE OF ILLINOIS } SS 962392
EFFINGHAM COUNTY
THIS INSTRUMENT WAS FILED FOR RECORD
IN THE AFORESAID RECORDERS OFFICE ON
7 DAY OF MAY A.D. 19 96 AT
7.00 A M. AND RECORDED IN BOOK 1209
OF ____ ON PAGE 236
Robert L. Lehman RECORDER

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ended<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/91 | 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 | 03/08/96 | 04/07/06 | 136707.68 |
| 1040 | 12/31/92 | 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 | 03/08/96 | 04/07/06 | 79456.72 |
| 1040 | 12/31/93 | 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 | 03/08/96 | 04/07/06 | 125989.22 |

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | **Total** $ | 342153.62 |
|---|---|---|---|

This notice was prepared and signed at **Springfield, IL**, on this,

the **29th** day of **April**, 19 **96**. VOL **1209** PAGE **236**

| Signature *Robert D. Krieger*<br>for Arlie Alexander Krieger | **Title** | Revenue Officer<br>37-01-2252 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

shg co 5+3

Part 1 - Kept By Recording Office        Form 668 (Y) (c) (Rev. 10/93)

# EXHIBIT C 12

| Form 668 (Y) (c) (Rev. October 1993) | 628 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** |
|---|---|---|

| **District** | **Serial Number** | **For Optional Use by Recording Office** |
|---|---|---|
| Illinois | 379601643 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

STATE OF ILLINOIS
EFFINGHAM COUNTY } SS 962391
THIS INSTRUMENT WAS FILED FOR RECORD
IN THE AFORESAID RECORDERS OFFICE ON
_2_ DAY OF _MAY_ A.D. 19 _96_ A)
_8:58 A_ M. AND RECORDED IN BOOK _1209_
OF_____ ON PAGE _234_
_Albert L. Lehman_ RECORDER

**Name of Taxpayer** THE J.A.W. HOMESTEAD TRUST AS NOMINEE OF HERMAN WESSELMAN
NOMINEE OF

**Residence**    906 S. CHERRY
EFFINGHAM, IL   62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/91 | 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 | 03/08/96 | 04/07/06 | 136707.68 |
| 1040 | 12/31/92 | 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 | 03/08/96 | 04/07/06 | 79456.72 |
| 1040 | 12/31/93 | 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 | 03/08/96 | 04/07/06 | 125989.22 |

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total $ | 342153.62 |
|---|---|---|---|

This notice was prepared and signed at   Springfield, IL  , on this

the _29th_ day of _April_ , 19 _96_.    VOL 1209 PAGE 234

Signature _Robert S. Krieger_    Title    Revenue Officer
for Arlie Alexander        37-01-2252

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

_Chg to 513_        Part 1 - Kept By Recording Office        Form 668 (Y) (c) (Rev. 10/93)

# EXHIBIT C 13

| Form 668 (Y) (c) (Rev. October 1993) | 628 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|---|

| District | Serial Number | *handwritten recording stamp* |
|---|---|---|
| Illinois | 379602442 | STATE OF ILLINOIS - recorded by Recording Office<br>EFFINGHAM COUNTY # 9645/3<br>THIS INSTRUMENT WAS FILED FOR A RECORD<br>20 DAY OF AUG A.D. 1996 AT<br>8:15 A.M. AND RECORDED IN BOOK 1232<br>ON PAGE 274<br>Robert S Bohman RECORDER |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

| Name of Taxpayer | THE NEW REPUBLIC TRUST #3194 AS NOMINEE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING |
|---|---|
| Residence | NOMINEE OY<br>906 S CHERRY<br>EFFINGHAM, IL  62401 |

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 27305.35 |
| 941 | 06/30/91 | 37-1340230 | 08/21/95 | 09/20/05 | 26616.41 |
| 941 | 09/30/91 | 37-1340230 | 08/21/95 | 09/20/05 | 25962.15 |
| 941 | 12/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 25345.93 |
| 941 | 03/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 13462.74 |
| 941 | 06/30/92 | 37-1340230 | 08/21/95 | 09/20/05 | 13198.29 |
| 941 | 09/30/92 | 37-1340230 | 08/21/95 | 09/20/05 | 12949.91 |
| 941 | 12/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 12726.97 |
| 941 | 03/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12463.80 |
| 941 | 06/30/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12248.95 |
| 941 | 09/30/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12037.84 |
| 941 | 12/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 11830.44 |
| 940 | 12/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 18639.04 |
| 940 | 12/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 9392.95 |
| 940 | 12/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 8761.27 |

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL  62401 | Total | $ | 242942.04 |
|---|---|---|---|---|

This notice was prepared and signed at ___Springfield, IL_____ , on this,

the __13th__ day of __August___ , 19 _96_ .          vol 1232 page 274

| Signature | *Robert S. Krieger* signature<br>for Arlie Alexander | Title | Revenue Officer<br>37-01-2252 |
|---|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)          Part 1 - Kept By Recording Office          Form 668 (Y) (c) (Rev. 10/93)

*Ch Co 5+3*

**EXHIBIT C 14**

| Form 668 (Y) (c) (Rev. October 1993) | 628 | Department of the Treasury - Internal Revenue Service |
|---|---|---|

## Notice of Federal Tax Lien

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Illinois | 379602444 | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

STATE OF ILLINOIS EFFINGHAM COUNTY } SS 964512

THIS INSTRUMENT WAS FILED FOR RECORD IN THE AFORESAID RECORDERS OFFICE ON 20 DAY OF AUG A.D. 19 96 AT 8:10 P.M. AND RECORDED IN BOOK 1232 OF _____ ON PAGE 273

Robert L. Lehman RECORDER

**Name of Taxpayer** HERMAN WESSELMAN
WESSELMAN ROOFING

**Residence** 906 S CHERRY
EFFINGHAM, IL 62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 27287.35 |
| 941 | 06/30/91 | 37-1340230 | 08/21/95 | 09/20/05 | 26616.41 |
| 941 | 09/30/91 | 37-1340230 | 08/21/95 | 09/20/05 | 25962.15 |
| 941 | 12/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 25345.93 |
| 941 | 03/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 13462.74 |
| 941 | 06/30/92 | 37-1340230 | 08/21/95 | 09/20/05 | 13198.29 |
| 941 | 09/30/92 | 37-1340230 | 08/21/95 | 09/20/05 | 12949.91 |
| 941 | 12/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 12726.97 |
| 941 | 03/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12463.80 |
| 941 | 06/30/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12248.95 |
| 941 | 09/30/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12037.84 |
| 941 | 12/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 11830.44 |
| 940 | 12/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 18639.04 |
| 940 | 12/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 9392.95 |
| 940 | 12/31/93 | 37-13.0230 | 08/21/95 | 09/20/05 | 8761.27 |

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total $ | 242924.04 |
|---|---|---|---|

This notice was prepared and signed at ___Springfield, IL___, on this,

the __13th__ day of __August__, 19 __96__. VOL 1232 PAGE 273

| Signature *for Robert S. Krieger* | Title | Revenue Officer 37-01-2252 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg Co 5+3

Part 1 - Kept By Recording Office        Form 668 (Y) (c) (Rev. 10/93)

# EXHIBIT C / 5

| Form 668 (Y) (c) (Rev. October 1993) | 628 | Department of the Treasury - Internal Revenue Service |
|---|---|---|
| | | **Notice of Federal Tax Lien** |

| District | Serial Number | For Optional Use by Recording Office |
|---|---|---|
| Illinois | 379602446 | EFFINGHAM COUNTY ) SS 9645II THIS INSTRUMENT WAS FILED FOR RECORD IN THE AFORESAID RECORDERS OFFICE ON 20 DAY OF AUG A.D. 19 96 AT 9:45 A.M. AND RECORDED IN BOOK 1232 OF ON PAGE 272 Robert L. Blakeman RECORDER |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**  THE J.A.W. HOMESTEAD TRUST AS NOMINEE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

**Residence**  Nominee of  906 S CHERRY  EFFINGHAM, IL  62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 27305.35 |
| 941 | 06/30/91 | 37-1340230 | 08/21/95 | 09/20/05 | 26616.41 |
| 941 | 09/30/91 | 37-1340230 | 08/21/95 | 09/20/05 | 25962.15 |
| 941 | 12/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 25345.93 |
| 941 | 03/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 13462.74 |
| 941 | 06/30/92 | 37-1340230 | 08/21/95 | 09/20/05 | 13198.29 |
| 941 | 09/30/92 | 37-1340230 | 08/21/95 | 09/20/05 | 12949.91 |
| 941 | 12/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 12726.97 |
| 941 | 03/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12463.80 |
| 941 | 06/30/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12248.95 |
| 941 | 09/30/93 | 37-1340230 | 08/21/95 | 09/20/05 | 12037.84 |
| 941 | 12/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 11830.44 |
| 940 | 12/31/91 | 37-1340230 | 08/21/95 | 09/20/05 | 18639.04 |
| 940 | 12/31/92 | 37-1340230 | 08/21/95 | 09/20/05 | 9392.95 |
| 940 | 12/31/93 | 37-1340230 | 08/21/95 | 09/20/05 | 8761.27 |

| Place of Filing | | |
|---|---|---|
| County Clerk and Recorder Effingham County Effingham, IL 62401 | Total | $ 242942.04 |

This notice was prepared and signed at Springfield, IL , on this,

the 13th day of August , 19 96 .    VOL 1232 PAGE 272

| Signature  Robert D. Krieger  for Arlie Alexander | Title | Revenue Officer 37-01-2252 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office    Form 668 (Y) (c) (Rev. 10/93)

Chg Co 5+3

# EXHIBIT C 16

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385 | REFILE | | REFILE |
|---|---|---|---|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

Recorded: 12/05/1995 1175  09:35 30 955441

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br><br>379504153 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HERMAN WESSELMAN
WESSELMAN ROOFING    0503551    07/05/2005 01:17P    B: 2145 P:    9
Kerry J Hirtzel, Effingham County Clerk

Residence    906 S CHERRY
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/1991 | 37-1340230 | 07/10/1995 | N/A | 27389.35 |
| 941 | 03/31/1993 | 37-1340230 | 07/10/1995 | N/A | 1487.09 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 235585805    Notice Filed At: Effingham
New TP Name:                                           New TIN:
New Address:

Signature: for MARILYN GANSER
(312) 566-2896

DATE: 06/29/2005
Title: SBF ADVISOR

Place of Filing
County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total $    28876.44

This notice was prepared and signed at    CHICAGO, IL.    , on this,

the    21st    day of    November    , 1995.    vol 2145 page 09

| Signature<br><br>for Arlie Alexander | Title<br>REVENUE OFFICER<br>37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien -
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

# EXHIBIT D /

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385 | REFILE | | REFILE |
|---|---|---|---|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**
Recorded: 04/26/1996 1232 08:30 273 944512

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #7
Lien Unit Phone: (312) 566-2855

Serial Number

379602444

For Optional Use by Recording Office

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HERMAN WESSELMAN
WESSELMAN ROOFING

0503552    07/05/2005 01:17P   B: 2145 P:    10
Kerry J Hirtzel, Effingham County Clerk

Residence    906 S CHERRY
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326sss *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | N/A | 27389.35 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | N/A | 1487.09 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 235583305    Notice Filed At: Effingham    New TIN:
New TP Name:
New Address:

*(Sherwood)*
Signature: for MARILYN GANSER
(312) 566-2896

DATE: 06/29/2005
Title: SBF ADVISOR

Place of Filing

County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total |$    28876.44

This notice was prepared and signed at _____ CHICAGO, IL _____, on this,

the __13th__ day of __August__, __1996__    VOL 2145 PAGE 10

| Signature | Title REVENUE OFFICER 37-01-2252 |
|---|---|
| for Arlie Alexander | |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien)
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

*Clg Co 4+4*

EXHIBIT D 2

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385    REFILE | | REFILE |
|---|---|---|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 08/20/1996 2232    06:15 276 964513

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br><br>379602442 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST #3194 AS NOM INTEE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

— 0503553    07/05/2005 01:17P    B: 2145 P:    11

Residence    906 S CHERRY    Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | N/A | 27389.35 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | N/A | 1487.09 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 235586605    Notice Filed At: Effingham
New TP Name:                                New TIN:
New Address:

*Sherwood*
Signature: for MARILYN GANSER
(312) 566-2896

DATE: 06/29/2005
Title: SBP ADVISOR

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total | $ | 28876.44 |
|---|---|---|---|---|

This notice was prepared and signed at    CHICAGO, IL    . on this,

the    13th    day of    August    ,    1996    VOL 2145 PAGE 11

| Signature<br><br>for Arlie Alexander | Title<br>REVENUE OFFICER<br>37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien)
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

*Chg Cc4 + 4*

# EXHIBIT P 3

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668-F (Rev. February 1994) | 9385  REFILE Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** Recorded: 04/23/1996 1206  01:30 187 962080 | | REFILE |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379601450 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  THE NEW REPUBLIC TRUST #3194 AS NOM INEE OF HERMAN WESSELMAN D/B/A WESSELMAN ROOFING

Residence  906 S CHERRY  EFFINGHAM, IL 62401

0503554     07/05/2005 01:17P    B: 2145 P:    12
Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a)  NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1991 | 37-1340230 | 07/10/1995 | N/A | 27389.35 |
| 941 | 03/31/1993 | 37-1340230 | 07/10/1995 | N/A | 1487.09 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 235589805    Notice Filed At: Effingham
New TP Name:                                          New TIN:
New Address:

*C Sherwood* [signature]

Signature: for MARILYN GANSER
            (312) 566-2896

DATE: 06/29/2005
Title: SBF ADVISOR

Place of Filing    County Clerk and Recorder
                   Effingham County
                   Effingham, IL 62401

Total  |$    28876.44

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ___12th___ day of ___April___, ___1996___.        VOL 2145 PAGE 12

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1871 - 2 C.B. 409)

*Chg Co 4 + 4* [handwritten]

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 4

20

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668-F (Rev. February 2004) | 9385    REFILE | Department of the Treasury - Internal Revenue Service | REFILE |
| | | **Notice of Federal Tax Lien** Recorded: 08/30/1996 1232  08:05 272 964531 | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602446 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE J.A.W. HOMESTEAD TRUST AS NOMIN EE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

— 0503555    07/05/2005 01:17P  B: 2145 P:    13

Residence    906 S CHERRY   Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a)  NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | N/A | 27389.35 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | N/A | 1487.09 |

| NOTICE OF FEDERAL TAX LIEN REFILING | |
| Serial ID: 235588205   Notice Filed At: Effingham | |
| New TP Name: | New TIN: |
| New Address: | |
| Signature: for MARILYN GANSER (312) 566-2896 | DATE: 06/29/2005 Title: SBF ADVISOR |

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total $ | 28876.44 |

This notice was prepared and signed at    CHICAGO, IL    , on this,

the    13th    day of   August    1996
                                        VOL **2145** PAGE **13**

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg CO 4 + 4

Part I - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 5

2

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668-F<br>(Rev. February 2004) | 9385   REFILE<br>Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien**<br>Recorded: 04/22/1996 1286   04:25.190 962001 | | REFILE |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br>379601449 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE J.A.W. HOMESTEAD TRUST AS NOMINEE OF HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

0503556        07/05/2005 01:17P  B: 2145 P:    14

Residence      906 S CHERRY    Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325 *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 03/31/1991 | 37-1340230 | 07/10/1995 | N/A | 27389.35 |
| 941 | 03/31/1993 | 37-1340230 | 07/10/1995 | N/A | 1487.09 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 235588505    Notice Filed At: Effingham
New TP Name:                                New TIN:
New Address:

*Sherwood*

Signature: for MARILYN GANSER          DATE: 06/29/2005
            (312) 566-2896               Title: SBF ADVISOR

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total | $ | 28876.44 |
|---|---|---|---|---|

This notice was prepared and signed at        CHICAGO, IL                        , on this,

the ___12th___ day of ___April___  ___1996___   VOL 2145 PAGE 14

| Signature<br>for Arlie Alexander | Title<br>REVENUE OFFICER<br>37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

*Chg Co 4 + 4*

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

# EXHIBIT D 6

27

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385 | REFILE | | REFILE |
|------|--------|--|--------|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 12/06/1995 1173  09:35 36 925441

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379504153 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HERMAN WESSELMAN
WESSELMAN ROOFING

0503640    07/11/2005 09:05A    B: 2146 P: 149
Kerry J Hirtzel, Effingham County Clerk

Residence    906 S CHERRY
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a). **NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1992 | 37-1340230 | 07/10/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 07/10/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 07/10/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 07/10/1995 | N/A | 12726.97 |
| 941 | 06/30/1993 | 37-1340230 | 07/10/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 07/10/1995 | N/A | 12037.84 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 236512105    Notice Filed At: Effingham
New TP Name:                                    New TIN:
New Address:

Signature: for MARILYN GANSER
(312) 566-2896

DATE: 07/06/2005
Title: SBF ADVISOR

Place of Filing    County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total $    76624.70

This notice was prepared and signed at    CHICAGO, IL    , on this,

the    21st    day of    November    , 1995.    VOL 2146 PAGE 149

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg Co 4 # 4

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 7

23

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| | 9385    REFILE | | REFILE |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**

Recorded: 17/05/1995 1179   09:35 30 955443

| Form 668-F (Rev. February 2004) | | | |
|---|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | **Serial Number** 379504153 | **For Optional Use by Recording Office** | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** HERMAN WESSELMAN
WESSELMAN ROOFING

0503641      07/11/2005 09:05A   B: 2146 P:   150
Kerry J Hirtzel, Effingham County Clerk

**Residence**      906 S CHERRY
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a)➤ NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/1993 | 37-1340230 | 07/10/1995 | N/A | 11830.44 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 236512205     Notice Filed At: Effingham
New TP Name:                                                New TIN:
New Address:

*signature*
Signature: for MARILYN GANSER          DATE: 07/06/2005
(312) 566-2896                          Title: SBF ADVISOR

**Place of Filing**
County Clerk and Recorder
Effingham County                          Total  $      11830.44
Effingham, IL 62401

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ___ 21st ___ day of ___ November ___, ___ 1995 ___.   VOL 2146 PAGE 150

| **Signature** for Arlie Alexander | **Title** REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

*Chg Cc 4+4*

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 8

*2p*

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| | 9385    REFILE | | REPILE |
|---|---|---|---|

Form 668-F
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 08/28/1996 1222   00:10 273 964512

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602444 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HERMAN WESSELMAN
WESSELMAN ROOFING

0503642    07/11/2005 09:05A  B: 2146 P:  151
Kerry J Hirtzel, Effingham County Clerk

Residence    906 S CHERRY
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 8761.27 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | N/A | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 25345.93 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236512305   Notice Filed At: Effingham
New TP Name:                                    New TIN:
New Address:

Signature: for MARILYN GANSER          DATE: 07/06/2005
          (312) 566-2896               Title: SBF ADVISOR

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total  $    114717.75 |
|---|---|---|

This notice was prepared and signed at    CHICAGO, IL    , on this,

the  13th  day of  August  ,  1996  .    VOL 2146 PAGE 151

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

chg Co # #

# EXHIBIT D 9

25

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| | 9385 | REFILE | | REFILE |
|---|---|---|---|---|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 08/20/1996 1212  08:10 373 964512

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602444 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HERMAN WESSELMAN
WESSELMAN ROOFING

0503643    07/11/2005 09:05A    B: 2146 P: 152

Residence    906 S CHERRY
EFFINGHAM, IL 62401

Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 12726.97 |
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12037.84 |

| NOTICE OF FEDERAL TAX LIEN REFILING | | |
|---|---|---|
| Serial ID: 236512405    Notice Filed At: Effingham | | |
| New TP Name: | | New TIN: |
| New Address: | | |
| _Sherwood_ | | |
| Signature: for MARILYN GANSER (312) 566-2896 | | DATE: 07/06/2005 Title: SBF ADVISOR |

Place of Filing

County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total $    76624.70

This notice was prepared and signed at _____CHICAGO, IL_____ , on this,

the __13th__ day of __August__ , __1996__

VOL 2146 PAGE 152

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien.)
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

_Chg Co 4 + 4_

# EXHIBIT D 10

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| | 9385   REFILE | | | REFILE |
|---|---|---|---|---|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

**Notice of Federal Tax Lien**
Recorded: 08/20/1996 1232 08:10 273 944512

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602444 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HERMAN WESSELMAN
WESSELMAN ROOFING

0503644   07/11/2005 09:05A   B: 2146 P: 153
Kerry J Hirtzel, Effingham County Clerk

Residence   906 S CHERRY
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a) **NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 11830.44 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236512505   Notice Filed At: Effingham
New TP Name:   New TIN:
New Address:

*CSherwood*
Signature: for MARILYN GANSER
(312) 566-2896

DATE: 07/06/2005
Title: SBF ADVISOR

Place of Filing   County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total $   11830.44

This notice was prepared and signed at   CHICAGO, IL   , on this,

the   13th   day of   August   1996   VOL 2146 PAGE 153

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg to 4+4

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 11

27

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385 | REFILE | | REFILE |
|------|--------|--|--------|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 08/30/1996 1232  08:15 274 964513

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br>379602442 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST #3194 AS NOM INEE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

0503645    07/11/2005 09:05A    B: 2146 P:  154

Residence    906 S CHERRY    Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 8761.27 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | N/A | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 25345.93 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236512605    Notice Filed At: Effingham
New TP Name:                                    New TIN:
New Address:

Signature: for MARILYN GANSER            DATE: 07/06/2005
          (312) 566-2896                 Title: SBF ADVISOR

Place of Filing

County Clerk and Recorder
Effingham County                    Total  $    114717.75
Effingham, IL 62401

This notice was prepared and signed at        CHICAGO, IL                    , on this,

the    13th   day of    August    , 1996.      VOL 2146 PAGE 154

| Signature<br>for Arlie Alexander | Title<br>REVENUE OFFICER<br>37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

*Chg Co 4+4*

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 12

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385    REFILE                                              REFILE
Department of the Treasury - Internal Revenue Service

**Form 668-F**
(Rev. February 2004)

## Notice of Federal Tax Lien

Recorded: 08/20/1996 1232  04:15 274 564613

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602442 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST #3194 AS NOM INEE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

0503646    07/11/2005 09:05A    B: 2146 P: 155
Kerry J Hirtzel, Effingham County Clerk

Residence    906 S CHERRY
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 12726.97 |
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12037.84 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236512705    Notice Filed At: Effingham
New TP Name:                                      New TIN:
New Address:

Signature: for MARILYN GANSER
(312) 566-2896

DATE: 07/06/2005
Title: SBF ADVISOR

Place of Filing    County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total $    76624.70

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ____13th____ day of ____August____ , ____1996____ .

VOL 2146 PAGE 155

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien)
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 13

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668-F (Rev. February 2004) | 9385 | REFILE Department of the Treasury - Internal Revenue Service | REFILE |
|---|---|---|---|

## Notice of Federal Tax Lien

Recorded: 08/20/1996 1232 08:15 274 964513

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602442 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST #3194 AS NOM INEE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

0503647    07/11/2005 09:05A    B: 2146 P: 156

| Residence | 906 S CHERRY    Kerry J Hirtzel, Effingham County Clerk EFFINGHAM, IL 62401 |
|---|---|

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a) **NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 11830.44 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 236512805    Notice Filed At: Effingham
New TP Name:                                    New TIN:
New Address:

Signature: for MARILYN GANSER          DATE: 07/06/2005
(312) 566-2896                          Title: SEP ADVISOR

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total $ 11830.44 |
|---|---|---|

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the __13th__ day of __August__ , __1996__.    VOL 2146 PAGE 156

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

# EXHIBIT D 14

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385    REFILE                                                    REFILE

Department of the Treasury - Internal Revenue Service

**Form 668-F**
(Rev. February 2004)

## Notice of Federal Tax Lien

Recorded: 04/22/1996 1206  06:20 187 962040

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379601450 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST #3194 AS NOM INEE OF HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING
0503648    07/11/2005 09:05A    B: 2146 P:   157

Residence    906 S CHERR Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 07/03/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 07/03/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 07/03/1995 | N/A | 8761.27 |
| 941 | 06/30/1991 | 37-1340230 | 07/10/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 07/10/1995 | N/A | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 07/10/1995 | N/A | 25345.93 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 23651 905    Notice Filed At: Effingham
New TP Name:                                     New TIN:
New Address:

Signature: for MARILYN GANSER                    DATE: 07/06/2005
(312) 566-2896                                    Title: SBF ADVISOR

Place of Filing

County Clerk and Recorder
Effingham County                    Total  $    114717.75
Effingham, IL 62401

This notice was prepared and signed at    CHICAGO, IL    , on this,

the   12th   day of   April  ,   1996.   VOL 2146 PAGE 157

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

Chg Co 4+4

# EXHIBIT D 15

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668-F (Rev. February 2004) | 9385   REFILE | Department of the Treasury - Internal Revenue Service | REFILE |
|---|---|---|---|

**Notice of Federal Tax Lien**

Recorded: 04/23/1996 1206  00:26 187 362060

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number  379601450 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST #3194 AS NOM INEE OF HERMAN WESSELMAN D/B/A WESSELMAN ROOFING
       0503649    07/11/2005 09:05A    B: 2146 P:  158

Residence    906 S CHERRY    Kerry J Hirtzel, Effingham County Clerk
             EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(e). *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1992 | 37-1340230 | 07/10/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 07/10/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 07/10/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 07/10/1995 | N/A | 12726.97 |
| 941 | 06/30/1993 | 37-1340230 | 07/10/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 07/10/1995 | N/A | 12037.84 |

| NOTICE OF FEDERAL TAX LIEN REFILING | | |
|---|---|---|
| Serial ID: 236513005    Notice Filed At: Effingham New TP Name: New Address:  Signature: for MARILYN GANSER (312) 566-2896 | | New TIN:   DATE: 07/06/2005 Title: SBF ADVISOR |

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total | $    76624.70 |
|---|---|---|---|

This notice was prepared and signed at     CHICAGO, IL                    , on this,

the    12th   day of  April    , 1996.    VOL 2146 PAGE 158

| Signature  for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

*Chg Co4+4*

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004) CAT. NO 60026X

# EXHIBIT *D 16*

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385 REFILE | | REFILE |
|---|---|---|

Form 668-F
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 04/23/1996 1206  96:20 187 962080

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #7
Lien Unit Phone: (312) 566-2855

| Serial Number | For Optional Use by Recording Office |
|---|---|
| 379601450 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE NEW REPUBLIC TRUST #3194 AS NOM INEE OF HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING
0503650      07/11/2005 09:05A    B: 2146 P: 159

Residence    906 S CHERRY  Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a)**  NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/1993 | 37-1340230 | 07/10/1995 | N/A | 11830.44 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236511105    Notice Filed At: Effingham
New TP Name:                          New TIN:
New Address:

Signature: for MARILYN GANSER        DATE: 07/06/2005
         (312) 566-2896             Title: SBF ADVISOR

Place of Filing

County Clerk and Recorder
Effingham County             Total $    11830.44
Effingham, IL 62401

This notice was prepared and signed at _____ CHICAGO, IL _____, on this,

the ___12th___ day of __April__, _1996_.    VOL 2146 PAGE 159

| Signature | Title REVENUE OFFICER |
|---|---|
| for Arlie Alexander | 37-01-2252 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien.
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg Co 4+1        Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D/7

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385    REFILE                                                          REFILE

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 08/20/1996 1232  08:05 272 964511

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602446 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE J.A.W. HOMESTEAD TRUST AS NOMIN EE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

0503651      07/11/2005 09:08A    B: 2146 P: 160

Residence      906 S CHERRY      Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 8761.27 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | N/A | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 25345.93 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236515305    Notice Filed At: Effingham
New TP Name:                                          New TIN:
New Address:

Signature: for MARILYN GANSER        DATE: 07/06/2005
(312) 566-2896                        Title: SBF ADVISOR

Place of Filing
County Clerk and Recorder
Effingham County            Total $    114717.75
Effingham, IL 62401

This notice was prepared and signed at      CHICAGO, IL      , on this,

the    13th    day of    August      1996.      VOL 2146 PAGE 160

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT 018

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668-F (Rev. February 2004) | 9385   REFILE |  | REFILE |
|---|---|---|---|

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 08/20/1996 1232 08:06 272 564511

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379602446 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer** THE J.A.W. HOMESTEAD TRUST AS NOMIN EE OF HERMAN WESSELMAN, D/B/A WESSELMAN ROOFING

0503652        07/11/2005 09:08A    B: 2146 P:  161

**Residence**  906 S CHERRY Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 12726.97 |
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12037.84 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 23651 405   Notice Filed At: Effingham
New TP Name:                                          New TIN:
New Address:

Signature: for MARILYN GANSER       DATE: 07/06/2005
(312) 566-2896                       Title: SBF ADVISOR

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total | $    76624.70 |
|---|---|---|---|

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ___13th___ day of ___August___ ___1996___.
                                    VOL 2146 PAGE 161

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

Chg Co 4+4

# EXHIBIT D 19

35

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385   REFILE                                                    REFILE

| Form 668-F<br>(Rev. February 2004) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien**<br>Recorded: 08/20/1996 1332 08:05 272 964611 | |
|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br><br>379602446 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue
Code, we are giving a notice that taxes (including interest and penalties)
have been assessed against the following-named taxpayer. We have made
a demand for payment of this liability, but it remains unpaid. Therefore,
there is a lien in favor of the United States on all property and rights to
property belonging to this taxpayer for the amount of these taxes, and
additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE J.A.W. HOMESTEAD TRUST AS NOMIN EE OF HERMAN WESSELMAN,
D/B/A WESSELMAN ROOFING

0503653      07/11/2005 09:08A   B: 2146 P: 162

Residence   906 S CHERRY   Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below,
unless notice of the lien is refiled by the date given in column (e), this notice shall,
on the day following such date, operate as a certificate of release as defined
in IRC 6325(a)... *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 11830.44 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236513505   Notice Filed At: Effingham
New TP Name:                                    New TIN:
New Address:

Signature: for MARILYN GANSER          DATE: 07/06/2005
(312) 566-2896                          Title: SBF ADVISOR

| Place of Filing | County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total $ | 11830.44 |
|---|---|---|---|

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the __13th__ day of __August__, __1996__.    VOL 2146 PAGE 162

| Signature<br>for Arlie Alexander | Title<br>REVENUE OFFICER<br>37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D 20

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| Form 668-F (Rev. February 2004) | 9385 REFILE | REFILE |
|---|---|---|

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 04/23/1996 1206  04:26 190 962081

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 379601449 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer THE J.A.W. HOMESTEAD TRUST AS NOMINEE OF HERMAN WESSELMAN D/B/A WESSELMAN ROOFING

0503654    07/11/2005 09:08A    B: 2146 P:  163

Residence    906 S CHERRY   Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 07/03/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 07/03/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 07/03/1995 | N/A | 8761.27 |
| 941 | 06/30/1991 | 37-1340230 | 07/10/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 07/10/1995 | N/A | 25962.15 |
| 941 | 12/31/1991 | 37-1340230 | 07/10/1995 | N/A | 25345.93 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 236513605    Notice Filed At: Effingham
New TP Name:                                  New TIN:
New Address:

Signature: for MARILYN GANSER        DATE: 07/06/2005
(312) 566-2896                       Title: SBF ADVISOR

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total $ | 114717.75 |
|---|---|---|---|

This notice was prepared and signed at _____CHICAGO, IL_____ , on this,

the ___12th___ day of ___April___, ___1996___    vol 2146 page 163

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg Co 4+4

Part 1 - Kept by Recording Office    Form 668-F (Rev. 2-2004) CAT. NO 60025X

# EXHIBIT D 21

3

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| | 9385   REFILE | | | REFILE |
|---|---|---|---|---|

Form 668-F
(Rev. February 2004)

**Department of the Treasury - Internal Revenue Service**

**Notice of Federal Tax Lien**

Recorded: 04/23/1996 1206  09:35 190 963061

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone:(312) 566-2855 | Serial Number 379601449 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  THE J.A.W. HOMESTEAD TRUST AS NOMIN EE OF HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING
0503655     07/11/2005 09:08A     B: 2146 P:   164

Residence        906 S CHERRY   Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 03/31/1992 | 37-1340230 | 07/10/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 07/10/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 07/10/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 07/10/1995 | N/A | 12726.97 |
| 941 | 06/30/1993 | 37-1340230 | 07/10/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 07/10/1995 | N/A | 12037.84 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 23651 705   Notice Filed At: Effingham
New TP Name:                              New TIN:
New Address:

Signature: for MARILYN GANSER          DATE: 07/06/2005
           (312) 566-2896             Title: SBF ADVISOR

Place of Filing
County Clerk and Recorder
Effingham County           Total  $    76624.70
Effingham, IL 62401

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ___ 12th ___ day of ___ April ___ , ___ 1996 ___      VOL 2146 PAGE 164

| Signature for Arlie Alexander | Title REVENUE OFFICER 37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)     Part I - Kept By Recording Office     Form 668-F (Rev. 2-2004) CAT. NO 60026X

# EXHIBIT D 22

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385    REFILE                                                    REFILE

**Form 668-F**
(Rev. February 2004)

### Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 04/23/1996 1206  06:25 190 962081

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br><br>379601449 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  THE J.A.W. HOMESTEAD TRUST AS NOMINEE OF HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

0503656    07/11/2005 09:08A    B: 2146 P:    165

Residence    906 S CHERRY  Kerry J Hirtzel, Effingham County Clerk
EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a).  *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/1993 | 37-1340230 | 07/10/1995 | N/A | 11830.44 |

NOTICE OF FEDERAL TAX LIEN REPILING
Serial ID: 236513805    Notice Filed At: Effingham
New TP Name:                                    New TIN:
New Address:

Signature: for MARILYN GANSER
(312) 566-2896

DATE: 07/06/2005
Title: SBF ADVISOR

Place of Filing

County Clerk and Recorder
Effingham County                                    Total $    11830.44
Effingham, IL 62401

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ___12th___ day of ___April___ , ___1996___        VOL 2146 PAGE 165

| Signature<br><br>for Arlie Alexander | Title<br>REVENUE OFFICER<br>37-01-2252 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

# EXHIBIT D 23.

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

REFILE
9385

**Department of the Treasury - Internal Revenue Service**

Form 668-F
(Rev. February 2004)

**Notice of Federal Tax Lien**

Recorded: 06/27/2001 1643  16:22 141 2013669

REFILE

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 360170955 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer STEWARD OF THE LORD TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

| Residence | 906 S CHERRY EFFINGHAM, IL 62401 | 0503657  07/11/2005 09:08A  B: 2146 P: 166 Kerry J Hirtzel, Effingham County Clerk |
|---|---|---|

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 8761.27 |
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | N/A | 27389.35 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | N/A | 25962.15 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236514005   Notice Filed At: Effingham
New TP Name:                                    New TIN:
New Address:

Signature: for MARILYN GANSER
(312) 566-2896

DATE: 07/06/2005
Title: SBF ADVISOR

| Place of Filing | County Clerk and Recorder Effingham County Effingham, IL 62401 | Total $ 116761.17 |
|---|---|---|

This notice was prepared and signed at ___CHICAGO, IL___, on this,
the __27th__ day of __June__, __2001__.

VOL 2146 PAGE 166

| Signature for A. ALEXANDER | Title REVENUE OFFICER 36-01-2452 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT D 24

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385   REFILE                                                    REFILE

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 06/27/2001 1642  15:22 341 301168*

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 360178955 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer STEWARD OF THE LORD TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

Residence      906 S CHERRY        0503658      07/11/2005 09:08A    B: 2146 P: 167
EFFINGHAM, IL 62401 Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a) *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 25345.93 |
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 12726.97 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | N/A | 1487.09 |

NOTICE OF FEDERAL TAX LIEN REFILING

Serial ID: 236514105    Notice Filed At: Effingham
New TP Name:                                          New TIN:
New Address:

Signature: for MARILYN GANSER                    DATE: 07/06/2005
            (312) 566-2896                        Title: SBF ADVISOR

Place of Filing
           County Clerk and Recorder
           Effingham County                    Total $   79170.93
           Effingham, IL 62401

This notice was prepared and signed at         CHICAGO, IL                    , on this,

the ___27th___ day of ___June___, ___2001___.    VOL 2146 PAGE 167

| Signature for A. ALEXANDER | Title REVENUE OFFICER 36-01-2452 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien.
Rev. Rul. 71-466, 1971 - 2 C.B. 409)    Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT 025

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385   REFILE                                                    REFILE

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 06/27/2001 1442 15:22 341 2012689

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 360178955 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer STEWARD OF THE LORD TRUST AS
            HERMAN WESSELMAN
            D/B/A WESSELMAN ROOFING

Residence       906 S CHERRY
            EFFINGHAM, IL 62401

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). **NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12037.84 |
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 11830.44 |

0503659   07/11/2005 09:08A   B: 2146 P:  168
Kerry J Hirtzel, Effingham County Clerk

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236514205    Notice Filed At: Effingham
New TP Name:                                      New TIN:
New Address:

Signature: for MARILYN GANSER            DATE: 07/06/2005
            (312) 566-2896               Title: SBF ADVISOR

Place of Filing

            County Clerk and Recorder
            Effingham County                 Total  $      36117.23
            Effingham, IL 62401

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the ___27th___ day of ___June___ , ___2001___.      V0L **2146** PAGE **168**

| Signature for A. ALEXANDER | Title REVENUE OFFICER 36-01-2452 |
|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien)
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT   D 26

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385 | REFILE | | REFILE |

Form 668-F
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 06/27/2001 1442 15:21 339 2013688

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 160178957 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer SALVATION ROCK TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

Residence    906 S CHERRY    0503660    07/11/2005 09:08A    B: 2146 P: 169
EFFINGHAM, IL 62401    Kerry J Hirtzel, Effingham County Clerk

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a). NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 8761.27 |
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | N/A | 27389.35 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | N/A | 25962.15 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236511405    Notice Filed At: Effingham
New TP Name:    New TIN:
New Address:

Signature: for MARILYN GANSER
(312) 566-2896

DATE: 07/06/2005
Title: SEF ADVISOR

Place of Filing    County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total $    116761.17

This notice was prepared and signed at    CHICAGO, IL    , on this,

the    27th    day of    June    2001    . VOL 2146 PAGE 169

| Signature for A. ALEXANDER | Title REVENUE OFFICER 36-01-2452 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

chg Co 4+4

## EXHIBIT D 27

4

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| | 9385 | REFILE | | REFILE |

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 04/27/2001 1642  15:31 339 2013684

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br>160178957 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer SALVATION ROCK TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

Residence    906 S CHERRY    0503661    07/11/2005 09:08A    B: 2146 P: 170
EFFINGHAM, IL 62401    Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 25345.93 |
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 12726.97 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | N/A | 1487.09 |

Serial ID: 236514505    NOTICE OF FEDERAL TAX LIEN REFILING
New TP Name:    Notice Filed At: Effingham    New TIN:
New Address:

Signature: for MARILYN GANSER    DATE: 07/06/2005
(312) 566-2896    Title: SBF ADVISOR

Place of Filing
County Clerk and Recorder
Effingham County    Total $    79170.93
Effingham, IL 62401

This notice was prepared and signed at ____ CHICAGO, IL ____, on this,

the ___27th___ day of ___June___, ___2001___.    VOL 2146 PAGE 170

| Signature<br>for A. ALEXANDER | Title<br>REVENUE OFFICER<br>36-01-2452 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

chg co 4 + 4

# EXHIBIT  O 28

44

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

**Form 668-F**
(Rev. February 2004)

9385    REFILE    REFILE

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 06/27/2001 1442   16:21 359 2013688

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br>360178957 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer SALVATION ROCK TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

Residence    906 S CHERRY    0503662    07/11/2005 09:08A    B: 2146 P: 171
EFFINGHAM, IL 62401 Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a)  *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12037.84 |
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 11830.44 |

Serial ID: 236514705    NOTICE OF FEDERAL TAX LIEN REPILING
New TP Name:    Notice Filed At: Effingham    New TIN:
New Address:

Signature: for MARILYN GANSER
(312) 566-2896

DATE: 07/06/2005
Title: SBF ADVISOR

Place of Filing
County Clerk and Recorder
Effingham County
Effingham, IL 62401

Total $    36117.23

This notice was prepared and signed at    CHICAGO, IL    , on this,

the    27th    day of    June    , 2001.    VOL 2146 PAGE 171

| Signature<br>for A. ALEXANDER | Title<br>REVENUE OFFICER<br>36-01-2452 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien)

Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Chg Co 4+4

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60025X

# EXHIBIT D29

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385   REFILE                                                    REFILE

Department of the Treasury - Internal Revenue Service

**Form 668-F**
(Rev. February 2004)

## Notice of Federal Tax Lien

Recorded: 06/27/2001 1642 15:20 337 2013687

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br><br>360178958 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer BOUNTEOUS HARVEST TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

0503663      07/11/2005 09:08A   B: 2146 P:   172

Residence      906 S CHERRY
EFFINGHAM, IL 62401 Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a). *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 940 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 18639.04 |
| 940 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 9392.95 |
| 940 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 8761.27 |
| 941 | 03/31/1991 | 37-1340230 | 08/21/1995 | N/A | 27389.35 |
| 941 | 06/30/1991 | 37-1340230 | 08/21/1995 | N/A | 26616.41 |
| 941 | 09/30/1991 | 37-1340230 | 08/21/1995 | N/A | 25962.15 |

| | NOTICE OF FEDERAL TAX LIEN REFILING | |
|---|---|---|
| Serial ID: 236514805    Notice Filed At: Effingham<br>New TP Name:<br>New Address:<br><br>*Sherwood*<br>Signature: for MARILYN GANSER<br>(312) 566-2896 | | New TIN:<br><br><br><br>DATE: 07/06/2005<br>Title: SBF ADVISOR |

Place of Filing

| County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total $   116761.17 |
|---|---|

This notice was prepared and signed at _____ CHICAGO, IL _____, on this,

the ____27th____ day of ___June___, __2001__.    VOL 2146 PAGE 172

| Signature<br><br>for A. ALEXANDER | Title<br>REVENUE OFFICER<br>36-01-2452 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

*Chg to 40f*

Part 1 - Kept By Recording Office

Form 668-F (Rev. 2-2004)
CAT. NO 60026X

# EXHIBIT D30

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

9385   REFILE                                                    REFILE

| Form 668-F | Department of the Treasury - Internal Revenue Service |
| (Rev. February 2004) | **Notice of Federal Tax Lien** |
| | Recorded: 06/27/2001 1642 16:30 337 2013687 |

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (312) 566-2855 | Serial Number<br>360178958 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer BOUNTEOUS HARVEST TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

Residence    906 S CHERRY    0503664    07/11/2005 09:08A    B: 2146 P:  173
EFFINGHAM, IL 62401 Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6326(a).    *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 12/31/1991 | 37-1340230 | 08/21/1995 | N/A | 25345.93 |
| 941 | 03/31/1992 | 37-1340230 | 08/21/1995 | N/A | 13462.74 |
| 941 | 06/30/1992 | 37-1340230 | 08/21/1995 | N/A | 13198.29 |
| 941 | 09/30/1992 | 37-1340230 | 08/21/1995 | N/A | 12949.91 |
| 941 | 12/31/1992 | 37-1340230 | 08/21/1995 | N/A | 12726.97 |
| 941 | 03/31/1993 | 37-1340230 | 08/21/1995 | N/A | 1487.09 |

| Serial ID: 236514905    NOTICE OF FEDERAL TAX LIEN REFILING | |
| New TP Name:    Notice Filed At: Effingham    New TIN: | |
| New Address: | |
| *CSherwood* | |
| Signature: for MARILYN GANSER<br>(312) 566-2896 | DATE: 07/06/2005<br>Title: SBF ADVISOR |

Place of Filing

| County Clerk and Recorder<br>Effingham County<br>Effingham, IL 62401 | Total $ | 79170.93 |

This notice was prepared and signed at _____ CHICAGO, IL _____ , on this,

the __27th__ day of __June__ , __2001__ .    VOL 2146 PAGE 173

| Signature<br>for A. ALEXANDER | Title<br>REVENUE OFFICER<br>36-01-2452 |

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 408)    Part 1 - Kept By Recording Office    Form 668-F (Rev. 2-2004)
CAT. NO 60025X

*chg Co 4+4*

# EXHIBIT D 31

27976915 *** REFILED NOTICE *** REFILED NOTICE *** REFILED NOTICE ***

| 9385 | REFILE | | REFILE |
|---|---|---|---|

**Form 668-F**
(Rev. February 2004)

Department of the Treasury - Internal Revenue Service

## Notice of Federal Tax Lien

Recorded: 06/27/2001 1642 15:20 337 2013447

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7 Lien Unit Phone: (312) 566-2855 | Serial Number 360178958 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer BOUNTEOUS HARVEST TRUST AS
HERMAN WESSELMAN
D/B/A WESSELMAN ROOFING

Residence    906 S CHERRY    0503665    07/11/2005 09:08A    B: 2146 P: 174
EFFINGHAM, IL 62401  Kerry J Hirtzel, Effingham County Clerk

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a) *** NOT APPLICABLE TO A REFILED NOTICE ***

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 06/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12248.95 |
| 941 | 09/30/1993 | 37-1340230 | 08/21/1995 | N/A | 12037.84 |
| 941 | 12/31/1993 | 37-1340230 | 08/21/1995 | N/A | 11830.44 |

NOTICE OF FEDERAL TAX LIEN REFILING
Serial ID: 236515005    Notice Filed At: Effingham
New TP Name:    New TIN:
New Address:

Signature: for MARILYN GANSER    DATE: 07/06/2005
(312) 566-2896    Title: SBF ADVISOR

Place of Filing    County Clerk and Recorder
Effingham County    Total $    36117.23
Effingham, IL 62401

This notice was prepared and signed at    CHICAGO, IL    , on this,

the    27th    day of    June    , 2001.    VOL 2146 PAGE 174

| Signature for A. ALEXANDER | Title REVENUE OFFICER 36-01-2452 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office    Form 668-F (Rev. 2-2004) CAT. NO 60025X

# EXHIBIT D32