AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Herman Alphonse Wesselman

V.

United States

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00589
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/26/2007
Description: WESSELMAN v. USA

TO: (Name and address of Defendant)

Jeffrey Taylor,
United States Attorney, District of Columbia
555 4th Street NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herman Alphonse Wesselman
c/o general delivery
210 North 3rd Street
Effingham, Illinois [62401]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 2 6 2007
CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 25 april 2007 |
| NAME OF SERVER (PRINT) Herman Wesselman | TITLE Certified mail |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified mail Item # 7004 2890 0002 8518 8824 Received By: Emmit L Parker on 25 april 2007 SEE Attached copy of USPS Delivery Record

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 25 april 2007    By: Herman W _____
            Date               Signature of Server

general delivery
210 N 3rd st
Effingham Illinois [62401]
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey Taylor
   United States Attorney,
   District of Columbia
   Civil Process Clerk
   555 4th Street NW
   Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   APR 2 5 2007

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7004 2890 0002 8518 8824

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Jeffrey Taylor, US Attorney
Street, Apt. No.; or PO Box No.: Civil Process Clerk
City, State, ZIP+4: 555 4th Street NW
                    DC 20530

PS Form 3800, June 2002    See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Herman Alphonse Wesselman

V.

United States

SUMMONS IN A CIVIL CASE

Case: 1:07-cv-00589
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/26/2007
Description: WESSELMAN v. USA

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Herman Alphonse Wesselman
c/o general delivery
210 North 3rd Street
Effingham, Illinois [62401]

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    MAR 26 2007
CLERK                                                      DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 24 april 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Herman Wesselman / USPS | Certified Mail |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): See Attached USPS Delivery Record Certified Item # 7004 2890 0002 8518 8831 Receive By: Aarron Jennings on 04/24/2007

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  24 april 2007    By: Herman Alphonso Wesselman
              Date              Signature of Server

210 N 3rd St
General Delivery
Eff. Illinois     [62401]

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**UNITED STATES POSTAL SERVICE** ®

Date: 05/18/2007

Dear Postal Customer:

The following is in response to your 05/18/2007 request for delivery information on your Certified item number 7004 2890 0002 8518 8831. The delivery record shows that this item was delivered on 04/24/2007 at 1:52 am in WASHINGTON, DC 20530 to A JENNINGS. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Post

