IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERMAN ALPHONSE WESSELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:07-cv-589 (ESH) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

REPLY TO PLAINTIFF'S OPPOSITION TO
UNITED STATES' MOTION TO DISMISS

This is an action under 26 U.S.C. § 7431 for the recovery of damages allegedly caused by the disclosure of confidential return information by the Internal Revenue Service ("Service").

STATEMENT & DISCUSSION

1. Introduction.  On June 25, 2007, the United States filed a fully supported motion to dismiss Plaintiff's complaint.  Plaintiff has opposed the motion to dismiss on several grounds.  This reply brief addresses only those points raised in Plaintiff's opposition that warrant a response.  With respect to those points not discussed herein, the United States relies upon its memorandum in support of its motion to dismiss.

2. Plaintiff's opposition.  In his response, Plaintiff alleges that notices of federal tax liens are not collection tools, that the United States is attempting to treat 26 U.S.C. § 7433 as though it repeals 26 U.S.C. § 7431, and that Plaintiff was not required to plead exhaustion of his administrative remedies.  Plaintiff also states that neither section 7431